**FITZGERALD MONROE FLYN PC**
JACK FITZGERALD (SBN 257370)
*jfitzgerald@fmfpc.com*
2341 Jefferson Street, Suite 200
San Diego, California 92110
Phone: (619) 215-1741

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY REYNOLDS, on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>THE COCA-COLA COMPANY,<br><br>Defendant. | Case No. 3:23-cv-01446-VC<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated by the undersigned attorneys for the Plaintiff Gary Reynolds and the undersigned attorneys for Defendant The Coca-Cola Company that the above-titled action is discontinued and the Complaint is dismissed with prejudice. Each party shall bear its own costs.

Dated: February 29, 2024

/s/     Jack Fitzgerald[1]
Jack Fitzgerald
Fitzgerald Monroe Flynn PC
2341 Jefferson Street, Suite 200
San Diego, CA 92110
Tel: (619) 215-1741
jfitzgerald@fmfpc.com

*Attorneys for Plaintiff Gary Reynolds*

/s/
Gary T. Lafayette (SBN 88666)
glafayette@lkclaw.com
Brian H. Chun (SBN 215417)
bchun@lkclaw.com
LAFAYETTE & KUMAGAI LLP
1300 Clay Street, Suite 810
Oakland, CA 94612
Telephone: (415) 357–4600

/s/     Steven A. Zalesin
Steven A. Zalesin (*Pro Hac Vice*)
sazalesin@pbwt.com
Dakotah M. Burns (*Pro Hac Vice*)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York NY, 10036
Tel: (212) 336–2110
sazalesin@pbwt.com

*Attorneys for Defendant The Coca-Cola Company*

---

[1] I certify that I have obtained the permission of each of the signatories hereto.